UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION., <br><br> Plaintiff, <br><br> v. <br><br> SEVEN & I HOLDINGS, CO., LTD. <br><br> and <br><br> 7-ELEVEN, INC. <br><br> Defendants. | Case No. 1:23-cv-03600-RDM <br><br> Judge Randolph D. Moss |

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

At the motion hearing on April 17, 2024 (Tr. at 20:20-21), the Court granted leave to file supplemental authority relating to the Federal Trade Commission's prior litigation of civil penalty actions under Section 5(*l*) of the Federal Trade Commission Act, 15 U.S.C. § 45(*l*). Plaintiff respectfully submits the following documents referenced in its argument:

(1) Complaint and answer in *FTC v. Union Carbide*, 87-cv-0748 (S.D.N.Y.);

(2) Order denying partial motion to dismiss in *FTC v. Ramey Motors, Inc.*, 1:14-cv-29603 (S.D. W. Va. Apr. 17, 2015);

(3) Order denying motion to dismiss in *FTC v. Lentine*, 1:15-cv-00033-HSM-CHS (E.D. Tenn. Feb. 5, 2016); and

(4) Transcript containing the Court's oral decision denying motion to dismiss in *FTC v. Gravity Defyer Medical Technology Grp.*, 1:22-cv-01464-RDM (D.D.C. Mar. 21, 2024).

| | |
|---|---|
| Dated: April 18, 2024 | Respectfully submitted,<br><br>/s/ Laura R. Hall<br>Laura R. Hall<br>Senior Trial Counsel<br>Federal Trade Commission<br>Bureau of Competition<br>600 Pennsylvania Ave, NW<br>Washington, DC 20580<br>202-326-3282<br>lhall1@ftc.gov<br><br>Maribeth Petrizzi (D.C. Bar 435204)<br>Assistant Director<br><br>Eric D. Rohlck (D.C. Bar 419660)<br>Deputy Assistant Director<br><br>Sebastian Lorigo<br>Angelike A. Mina<br>Christine Tasso (D.C. Bar 985499)<br>Attorneys<br><br>*Attorneys for Plaintiff Federal Trade Commission* |