# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br>      Plaintiff,<br>  v.<br><br>SEVEN & I HOLDINGS CO., LTD., and<br>7-ELEVEN, INC.<br><br>      Defendants. | Civil Action No. 1:23-cv-03600-RDM |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Nicolas A. Stebinger hereby withdraws as attorney of record for Plaintiff Federal Trade Commission in the above-captioned matter.

Dated: May 29, 2025

Respectfully submitted,

/s/ *Nicolas A. Stebinger*
Nicolas A. Stebinger

/s/ *Laura R. Hall*
Laura R. Hall

Federal Trade Commission
Bureau of Competition
400 7th Street, SW
Washington, DC 20024
Telephone: 202-326-2688
Email: nstebinger@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*